# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| LAWRENCE MAHER )<br>)<br>    Petitioner )<br>v. )<br>)   **Crim. No. 04-93-P-S<br>UNITED STATES OF AMERICA, )   Civil No. 07-195-P-S<br>)<br>    Respondent )<br>)<br>) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 5, 2008, her Recommended Decision (Docket No. 10). Petitioner Lawrence Maher filed his Objection to the Recommended Decision (Docket No. 14) on July 14, 2008. The Government filed its response to Petitioner Maher's Objection (Docket No. 15) on July 18, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that the Petitioner's 28 U.S.C. §2255 motion is **DENIED**.

                                       /s/George Z. Singal_____
                                       Chief U.S. District Judge

Dated: July 21, 2008