UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| LAWRENCE MAHER,         ) | |
|                                  ) | |
|      Petitioner,      ) | |
|                                  ) | |
| v.                                                  ) | No. 2:04-cr-00093-GZS |
|                                  ) | No. 2:07-cv-00195-GZS |
| UNITED STATES OF AMERICA,   ) | |
|                                  ) | |
|      Respondent.    ) | |
|                                  ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 13, 2012, her Recommended Decision (ECF No. 30). Petitioner filed his Objection to the Recommended Decision (ECF No. 31) on September 17, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.     It is hereby **ORDERED** that Petitioner's 60(d) Motion (ECF No. 29) is **DENIED**.

                                        /s/George Z. Singal_____
                                        U.S. District Judge

Dated this 9th day of October, 2012.